UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-22310-MOORE/BECERRA

PATRICIA WOHLGEMUTH,

    Plaintiff,

vs.

CHANDI GROUP, INC.,
TULSI CHANDIRAMANI, and
SHEILA CHANDIRAMANI,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE

Plaintiff, PATRICIA WOHLGEMUTH, hereby notices the voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

Dated this 14th day of July 2020.

    Respectfully Submitted,

    s/Brian H. Pollock, Esq.
    Brian H. Pollock, Esq. (174742)
    brian@fairlawattorney.com
    FAIRLAW FIRM
    7300 North Kendall Drive
    Suite 450
    Miami, FL 33156
    Tel:    305.230.4884
    *Counsel for Plaintiff*